**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KATHLEEN FINSTERBUSCH,** : | |
| : | **CIVIL ACTION NO. 3:17-1024** |
| **Plaintiff** : | |
| : | **(JUDGE MANNION)** |
| **v.** : | |
| : | |
| **PENNSYLVANIA DEPARTMENT** : | |
| **OF HEALTH, COMMONWEALTH** | |
| **OF PENNSYLVANIA, and** : | |
| **DOUGLASS P. KOSZALKA,** | |
| : | |
| **Defendants** | |
| : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

1) The plaintiff's motion to remand, **(Doc. 2)**, is **GRANTED** to the extent that the defendant PDH's notice of removal is procedurally defective.

2) The instant action is remanded to the Court of Common Pleas of Luzerne County.

**3)** The Clerk of Court is directed to **CLOSE THIS CASE**.

                                                *s/ Malachy E. Mannion*
                                                **MALACHY E. MANNION**
                                                **United States District Judge**

**Date: October 13, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1024-01-ORDER.docx